**STATE of Missouri, Respondent,**

v.

**Jillane FULTON–BARBEE, Appellant.**

**No. WD 69765.**

Missouri Court of Appeals,
Western District.

June 23, 2009.

Renae L. Ehler, for Respondent.

Jillane Fulton–Barbee, pro se.

Before Division One: JAMES E. WELSH, P.J., VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

**ORDER**

PER CURIAM:

Jillane Fulton–Barbee appeals from a conviction following a bench trial for speeding, section 304.010, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The conviction is affirmed. Rule 30.25(b).